IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH W. YATES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     **CIVIL ACTION NO. 09-00212-CG-N** |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be and is hereby **REVERSED** and **REMANDED.**

**DONE and ORDERED** this 30th day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE