**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KENNETH W. YATES,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 09-00212-CG-N** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security** | ) | |
| | ) | |
|    **Defendant.** | ) | |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff's counsel, Colin Edward Kemmerly, is hereby awarded attorney's fees in the amount of **$1,028.54** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1), as compensation for 6.00 hours of legal services rendered in this court.

**DONE and ORDERED** this 14th day of April, 2010.

                                                  /s/ Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE